

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2020

No. 04-19-00343-CV

Brittany **RETLEDGE** and Arnold Lamotte, Jr.,
Appellants

v.

Misty **SANTANA**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV04147
Honorable J Frank Davis, Judge Presiding

# O R D E R

The Appellee's Motion to Withdraw Counsel by Kristopher L. Bowen, Jr., is hereby GRANTED. The appellee's brief is due on February 14, 2020.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court